UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Annmarie Sicoli,<br><br>　　　Plaintiff<br><br>v.<br><br>Walgreen Co.,<br><br>　　　Defendant | Case No.: 2:20-cv-02020-JAD-VCF<br><br>**Remand Order**<br><br>[ECF No. 6] |

　　　Annmarie Sicoli filed this slip-and-fall negligence action in Nevada State Court. Defendant, Walgreen Co. removed this case to this court under 28 U.S.C. § 1332 and 1441(b) based on diversity of citizenship.[1] Plaintiff moves to remand, arguing that defendant cannot satisfy the jurisdictional amount in controversy.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 6] is GRANTED**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 25, Case No. A-20-821298-C,** and CLOSE THIS CASE.

Dated: January 14, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.
[2] ECF No. 6.